ALEXANDER G. CALFO (SBN 152891)
alexander.calfo@btlaw.com
KELLEY S. OLAH, (SBN 245180)
kelley.olah@btlaw.com
GABRIELLE J. ANDERSON-THOMPSON (SBN 247039)
gabrielle.anderson-thompson@btlaw.com
**BARNES & THORNBURG LLP**
2029 Century Park East, Suite 300
Los Angeles, California  90067
Telephone:     (310) 284-3880
Facsimile:     (310) 284-3894

Attorneys for Defendants
DEPUY ORTHOPAEDICS, INC. and JOHNSON &
JOHNSON SERVICES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HELEN JOHNSON;<br><br>             Plaintiff,<br><br>      vs.<br><br>DEPUY ORTHOPAEDICS, INC., a corporation; JOHNSON & JOHNSON SERVICES, INC., a corporation; and DOES 1 through 500;<br><br>             Defendants. | Case No.  CV15-00128-EMC<br><br>**[P~~ROPO~~SED] ORDER RE STIPULATION TO STAY ALL PROCEEDINGS**<br><br>Complaint Filed: July 15, 2014 |

TO ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

Upon consideration of the Stipulation to Stay Proceedings submitted by Plaintiff HELEN JOHNSON and Defendants DEPUY ORTHOPAEDICS, INC. and JOHNSON & JOHNSON SERVICES, INC.; (hereafter collectively "the Parties"); upon consideration of all documents, files, and pleadings in this action; and upon good cause shown, it is hereby ORDERED that:

1.     The Parties' request for a stay of proceedings is GRANTED;

BARNES &
THORNBURG LLP
ATTORNEYS AT LAW
LOS ANGELES

- 1 -                                                   CV15-00128-EMC

[PROPOSED] ORDER RE STIPULATION TO STAY ALL PROCEEDINGS

2. All proceedings in this action are hereby stayed, pending a decision by the Judicial Panel on Multidistrict Litigation on whether this case should be transferred to In re DePuy Orthopaedics, Inc. Pinnacle Hip Implant Products Liability Litigation, MDL Docket No. 2244.

3. Deadlines relating to any outstanding responsive pleading are extended pending entry of a Scheduling Order in the MDL court addressing responsive pleadings and the deadline to file any remand motion is extended pursuant to the MDL court's August 14, 2012 "Order Regarding Cases Removed from State Court," and any subsequent orders that the MDL Court may issue.

PURSUANT TO STIPULATION, IT IS SO ORDERED. The CMC is rescheduled from 4/9/15 to 6/11/15 at 9:30 a.m. A joint CMC statement shall be filed by 6/4/15.

Dated: ___1/16___, 2015



UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen